In the Matter of the Adoption of Jordan, an Infant. TERESA J., Respondent; TANYA H., Appellant. In the Matter of TANYA H., Appellant, v TERESA J., Respondent. [957 NYS2d 261]—

Present—Centra, J.P., Fahey, Sconiers, Valentino and Martoche, JJ.

ALLEN-BAILEY TAG & LABEL, INC., et al., Appellants, v DAVID E. BEARDSLEY et al., Respondents. [955 NYS2d 901]

Present—Centra, J.P., Fahey, Sconiers, Valentino and Martoche, JJ.

KATHLEEN KOHLBRENNER, Appellant, v CENTRAL NEW YORK REGIONAL TRANSPORTATION AUTHORITY et al., Respondents. [955 NYS2d 789]

Present—Centra, J.P., Fahey, Sconiers, Valentino and Martoche, JJ.

JOHN CHONG-HWAN WEE, Appellant, v NATIONAL GRID et al., Respondents, et al., Defendants. [955 NYS2d 790]

Present—Centra, J.P., Fahey, Sconiers, Valentino and Martoche, JJ.